**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  03-CR-00584-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  DEWAYNE WHITEMAN,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant contacted the Magistrate Judge's office and requested that the Preliminary and Detention Hearings previously scheduled for 2:30 p.m. on October 13, 2009 be moved back to a later time to accommodate a hearing that he has in state court at 2:00 p.m. that date. The Government has no objection, therefore:

**IT IS HEREBY ORDERED** that the Preliminary and Detention Hearings in this matter are rescheduled for 3:30 p.m. on October 13, 2009 before the Magistrate Judge in Durango, Colorado.

**DATED: October 7, 2009**

BY THE COURT:

**s/David L. West**
**United States Magistrate Judge**