**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 03-CR-00584-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  DEWAYNE WHITEMAN,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The supervising Probation Officer, Gilbert Saiz, has requested the Court to hold a Compliance Review Hearing on the above-named Defendant, therefore:

**IT IS HEREBY ORDERED** that this matter is set for a Compliance Review Hearing before Magistrate Judge David L. West, 103 Sheppard Drive, Room 235, Durango, Colorado 81303 on January 31, 2012 at 10:15 a.m. and the Defendant must appear on that date and time.

**DATED: January 17, 2012.**

> **BY THE COURT:**
>
> **s/David L. West**
> **United States Magistrate Judge**